United States District Court

Eastern District of California

Jason Brown,

     Petitioner,                       No. Civ. S-05-0866 FCD PAN P

  vs.                                Order

Diana K. Butler, et al.,

     Respondents.

-oOo-

    Petitioner, a prisoner without counsel, seeks to commence a habeas corpus proceeding in forma pauperis.

    While petitioner has submitted the trust account statement required by 28 U.S.C. § 1915(a), he has not submitted the required affidavit.

    Within 30 days from the day this order is signed petitioner shall submit the affidavit required by 28 U.S.C. § 1915.  The clerk of the court is directed to mail to petitioner a form

1  application for leave to proceed in forma pauperis.  Failure to
2  comply with this order will result in this file being closed.
3       So ordered.
4       Dated:  May 22, 2005.

>                    /s/ Peter A. Nowinski
>                    PETER A. NOWINSKI
>                    Magistrate Judge