United States District Court

Eastern District of California

Jason Brown,

      Petitioner,                    No. Civ. S 05-0866 FCD PAN P

  vs.                                 Order

Diana K. Butler, et al.,

      Respondents.

-oOo-

Petitioner has requested that the clerk of the court send him ten subpoenas.

"The clerk shall issue a subpoena, signed but otherwise in blank, to a party requesting it, who shall complete it before service." Fed. R. Civ. P. 45(a)(3). A court "on behalf of which the subpoena was issued shall enforce" a party's duty to "take reasonable steps to avoid imposing undue burden or expense in a person subject to" a subpoena. Fed. R. Civ. P. 45(c)(1).

Petitioner has not identified the persons upon whom he

intends to serve the subpoenas or the purpose therefor.

I therefore deny petitioner's July 1, 2005, request for ten subpoenas.

So ordered.

Dated:  August 30, 2005.

                                          /s/ Peter A. Nowinski
                                          PETER A. NOWINSKI
                                          Magistrate Judge