United States District Court

Eastern District of California

Jason Brown,

    Petitioner,

vs.

Diana K. Butler, et al.,

    Respondents.

No. Civ. S 05-0866 FCD PAN P

Order

-oOo-

September 12, 2005, respondent requested an extension of time to file and serve a response to the petition. Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: September 22, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge