United States District Court

Eastern District of California

Jason Brown,

    Petitioner,                    No. Civ. S 05-0866 FCD PAN P

  vs.                               Order

Diana K. Butler, et al.,

    Respondents.

-oOo-

November 3, 2005, petitioner requested an extension of time to file and serve an opposition to respondents' motion to dismiss. Good cause appearing, petitioner's request is granted and time is extended until 30 days from the date this order is signed.

So ordered.

Dated: November 10, 2005.

/s/ Peter A. Nowinski
PETER A. NOWINSKI
Magistrate Judge