IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BROWN,

    Petitioner,               No. CIV S-05-0866 FCD PAN P

    vs.

DIANA K. BUTLER, et al.,

    Respondents.          <u>ORDER</u>

_____/

        On October 26, 2005, the Magistrate Judge issued an order denying petitioner's request for appointment of counsel.  On April 19, 2006, petitioner filed a request for reconsideration of that order.  Local Rule 72-303(b), states "rulings by Magistrate Judges shall be final if no reconsideration thereof is sought from the Court within ten court days . . . from the date of service of the ruling on the parties."  E.D. Local Rule 72-303(b).  Petitioner's request for reconsideration of the magistrate judge's order of October 26, 2005, is untimely.

        Accordingly, IT IS HEREBY ORDERED that petitioner's April 19, 2006, request for reconsideration is denied.

DATED: April 26, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge