IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BROWN,

      Petitioner,                  No. CIV S-05-0866 FCD PAN P

    vs.

MATTHEW KRAMER, et al.,

      Respondents.               <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On May 5, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Neither party has filed objections to the findings and recommendations.

        The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

/////

1.    1. The findings and recommendations filed May 5, 2006, are adopted in full;
2.    2. Respondents shall file an answer within thirty days from the date of this order
3. and shall include with the answer any and all transcripts or other documents relevant to the
4. determination of the issues presented in the application, <u>see</u> Rule 5, Rules Governing Section
5. 2254 Cases; and
6.    3. Petitioner's traverse, if any, shall be filed an served on or before thirty days
7. from the date respondents' answer is filed.
8. DATED: May 30, 2006

10.    /s/ Frank C. Damrell Jr.
   FRANK C. DAMRELL JR.
11.    United States District Judge