IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BROWN,

      Petitioner,               No. CIV S-05-0866 FCD EFB P

      vs.

DIANA K. BUTLER, et al.,

      Respondents.        ORDER

_____/

      On September 12, 2006, respondent filed a request for reconsideration of the magistrate judge's order filed August 31, 2006, denying respondent's motion for a more definite statement. Pursuant to E.D. Local Rule 72-303(f), a magistrate judge's orders shall be upheld unless "clearly erroneous or contrary to law." Upon review of the entire file, the court finds that it does not appear that the magistrate judge's ruling was clearly erroneous or contrary to law.

      Therefore, IT IS HEREBY ORDERED that, upon reconsideration, the order of the magistrate judge filed August 31, 2006, is affirmed.

DATED: September 13, 2006

                                                /s/ Frank C. Damrell Jr.
                                                FRANK C. DAMRELL JR.
                                                United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26