IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASON BROWN,

    Petitioner,                         No. CIV S 05-0866 FCD EFB P

    vs.

DIANA K. BUTLER, et al.,

    Respondents.                     <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. §2254. He timely filed a notice of appeal of this court's November 29, 2007, order dismissing this action. Before petitioner can appeal this decision, a certificate of appealability must issue. 28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

        A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue. Fed. R. App. P. 22(b).

/////

/////

1

1    For the reasons set forth in the magistrate judge's October 18, 2007, findings and
2 recommendations, petitioner has not made a substantial showing of the denial of a constitutional
3 right. Accordingly, a certificate of appealability should not issue in this action.
4    IT IS SO ORDERED.
5 DATED: January 18, 2008.

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE