1

2

3

4

5

6

7

8                     IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASON BROWN,

11              Petitioner,                    No. CIV S-05-0866 FCD EFB P

12        vs.

13   DIANA K. BUTLER, Warden,

14              Respondent.                    ORDER

15   _____/

16        Petitioner sought a writ of habeas corpus from this court.  *See* 28 U.S.C. § 2254.  On

17   October 4, 2006, respondent moved to dismiss on the ground that the petition contained both

18   exhausted and unexhausted claims.  The court determined that the petition was in fact mixed, and

19   on July 7, 2007, gave petitioner time to request that this action be stayed and held in abeyance

20   while he presented his unexhausted claims to the state courts.  Petitioner failed to file such a

21   request.  Thus, on September 21, 2007, the court recommended that the motion to dismiss be

22   granted and that this action be dismissed without prejudice.  The district judge adopted the

23   findings and recommendations on November 29, 2007, and the Clerk of the Court entered

24   judgment.  Notwithstanding that judgment closing this case, on January 16, 2008, petitioner filed

25   a document styled, "Motion for Sanctions," in which he seeks an order granting his petition for a

26   writ of habeas corpus based on the respondent's failure to justify his conviction.  Also on

1   January 16, 2008, petitioner filed an amended petition for a writ of habeas corpus.  There is no

2   basis either in the applicable rules or precedent for petitioner to have filed the documents he has

3   submitted after judgment has been entered.

4           Accordingly, petitioner's January 16, 2008, motion for sanctions is denied and the court

5   takes no action on the January 16, 2008, petition for a writ of habeas corpus.

6           The court notes that it will issue no response to future filings by petitioner in this action

7   not authorized by the Federal Rules of Civil Procedure or Federal Rules of Appellate Procedure.

8           So ordered.

9   Dated:  March 13, 2008.

10                                              EDMUND F. BRENNAN
                                                UNITED STATES MAGISTRATE JUDGE

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26